1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**
9    **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT**
10
11   ERNEST MARTINEZ,                    )        Case No. CV 08-2404-JWJ
12                    Plaintiff,          )
                                         )        JUDGMENT
13          vs.                          )
                                         )
14   MICHAEL J. ASTRUE,                  )
     Commissioner of the Social          )
15   Security Administration,            )
                                         )
16                    Defendant.          )
17   _____         )
18
19        **IT IS ADJUDGED** that Judgment be entered that the decision of the
20   Administrative Law Judge is affirmed.
21
22   DATED:  July 22, 2009
23
24                                        _____
                                                      /s/
25                                         JEFFREY W. JOHNSON
                                           United States Magistrate Judge
26
27
28